# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

United States of America
v.
Charles Edward Herring

Case No: 3:94-CR-46-7H

USM No: 44830-053

Date of Original Judgment: May 9, 1995
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Alan DuBois, Assistant Federal Public Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 480 months **is reduced to** 378 months, concurrent, on Counts 1, 27, 28, 34, and 35.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 9, 1995 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 2/8/16

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard  Senior U.S. District Judge
*Printed name and title*