```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                OLD FAYETTEVILLE DIVISION
                   NO. 3:94-CR-46-7H
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  **ORDER** |
| CHARLES EDWARD HERRING, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion for reconsideration of this court's order filed pursuant to 18 U.S.C. § 3582(c)(2), [DE #643], and a motion to appoint counsel, [DE #644]. The court has carefully reviewed this matter and finding no reason to alter the prior order, [DE #642], defendant's motions, [DE #643 and #644], are DENIED.

This 1st day of September 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35