IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 3:94-CR-46-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES EDWARD HERRING, | ) | |
| | ) | |
| Defendant. | ) | |

On July 20, 2020, and November 30, 2020, Charles Edward Herring ("Herring" or "defendant") moved for compassionate release. See [D.E. 700, 718]; see also [D.E. 729]. On March 1, 2021, the United States responded in opposition. See [D.E. 733]. On September 24, 2021, the Bureau of Prisons released Herring. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Charles Edward Herring") (last visited Sept. 27, 2021). In light of defendant's release, the court DISMISSES AS MOOT defendant's motions for compassionate release [D.E. 700, 718].

SO ORDERED. This 28 day of September, 2021.

JAMES C. DEVER III
United States District Judge